## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| BOB STEIMEL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO.  3:07-cv-017-RLY-WGH |
| v. ) | *(Electronically Filed)* |
| ) | |
| C.B. RICHARD ELLIS and ) | |
| C.B.R.E. TECHNICAL SERVICES, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### MOTION TO REASSIGN SETTLEMENT CONFERENCE

Come the Defendants, C.B. Richard Ellis and C.B. Richard Ellis Technical Services, LLC, by counsel, and move the Court to reassign the settlement conference currently scheduled for May 6, 2008 to Monday, June 2, 2008, at 1:30 p.m. CDT.

In support of this motion, defendants advise that the person with decision-making authority mistakenly put the wrong date on his schedule and due to another commitment, is unavailable on May 6, 2008.

Defendants' counsel has consulted with plaintiff's counsel, and she is has no objection to this motion.

Respectfully submitted,

*s/ Bill V. Seiller*
BILL V. SEILLER
THEODORE W. WALTON
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 South Fourth Street
Louisville, KY  40202
Telephone:  (502) 584-7400
Facsimile:  (502) 583-2100
E-mail:  seiller@derbycitylaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 1, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 Virginia M. O'Leary
 O'Leary & Associates
 office@olearylaw.net

               *s/ Bill V. Seiller*
               BILL V. SEILLER
               SEILLER WATERMAN LLC